# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BYRON CRAIG HENDERSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 2:19-cv-01091 BAT

**ORDER OF REMAND**

The parties stipulate and agree that this case should be remanded under sentence four of 42 U.S.C. § 405(g). Dkt. 13. Accordingly, it is hereby **ORDERED** that the case shall be remanded under sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will direct the Administrative Law Judge to provide the claimant an opportunity for a new hearing; obtain new evidence from a medical expert who will provide an opinion on whether an earlier established onset date is warranted; reassess the medical evidence and the claimant's residual functional capacity; and issue a new decision as to the period prior to April 7, 2012. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 17th day of March, 2020.

                                                        BRIAN A. TSUCHIDA
                                                        Chief United States Magistrate Judge

ORDER OF REMAND - 1